IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| WAKE FOREST UNIVERSITY HEALTH SCIENCES, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | |
| v. | ) ) | 1:13-CV-111 |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, | ) ) ) ) | |
| Defendant/Counter-Plaintiff. | ) | |

**ORDER**

On July 19, 2013, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 29 and 30.) The time for objections has passed and no objections to the Recommendation have been filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that Plaintiff's Motion to Remand (Doc. 8) is **GRANTED** and this case is remanded to the North Carolina Superior Court, Forsyth County, for further proceedings.

It is **FURTHER ORDERED** that Plaintiff's Motion to Dismiss is **DENIED** without prejudice to Plaintiff filing a Motion to Dismiss in state court following the remand.

It is **FURTHER ORDERED** that Plaintiff's request for attorney's fees and costs is **DENIED.**

This the 22nd day of August, 2013.

_____
UNITED STATES DISTRICT JUDGE